No. 300. GOMEZ *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Bernard A. Golding* for petitioner. *Will Wilson,* Attorney General of Texas, and *Leon F. Pesek, Frank J. Maloney* and *Sam Wilson,* Assistant Attorneys General, for respondent.

No. 525. SAIER *v.* STATE BAR OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan, and *Joseph B. Bilitzke,* Solicitor General, for the Supreme Court of Michigan, and *J. Cameron Hall* for the State Bar of Michigan et al., respondents.

No. 534. AMERICAN RESEARCH COUNCIL, INC., ET AL. *v.* ATTORNEY GENERAL OF NEW YORK. Court of Appeals of New York. Certiorari denied. *Milton A. Bass, Solomon H. Friend* and *Harold Friedman* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Daniel M. Cohen,* Assistant Attorney General, for respondent.

No. 536. MOSS, ALIAS MARTINE, *v.* CALIFORNIA. Appellate Department, Superior Court of California, Los Angeles County. Certiorari denied. *Rex H. Minter* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 528. BRUNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.